# Court of Appeals
# of the State of Georgia

ATLANTA, April 25, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0098.  TETYANA BALYUK v. MASKYM BEZNOSCHENKO.**

The Appellant in the above styled case has filed an "Emergency Motion for Supersedeas," asking this Court to issue a stay pending the outcome of her appeal. Having reviewed the motion, it is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/25/2025

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*